UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT SCHOOL DISTRICT NO. 196 OF ROSEMOUNT, MN,<br><br>Defendant. | Civil Action No. 04-4089JMR/FLN<br><br>COMPLAINT<br><br>Jury Trial Demand |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age, and to provide appropriate relief to Bruce Duncan, Gary Embretson, Alice Evenson, Lucille Hessel, Barbara Horsager, Richard LaBree, June Myller, Evelyn Schroeder, Patrick Sullivan and other similarly situated individuals ("class members"). The U.S. Equal Employment Opportunity Commission ("Commission") alleges that from June, 1999 through at least June 2001, Independent School District 196 of Rosemount, Minnesota ("ISD 196"), discriminated against the Charging Parties by paying an early retirement incentive cash benefit which had been reduced because of age.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"),

SCANNED
SEP 13 2004
U.S. DISTRICT COURT MPLS

which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Minnesota.

## PARTIES

3. Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, the ISD 196 has continuously been a public school district operating in Rosemount, Minnesota, and has continuously had at least 20 employees.

5. At all relevant times, the ISD 196 has continuously been an employer, a political subdivision of a State, within the meaning of Section 11(b) of the ADEA, 29 U.S.C. § 630(b).

## CONCILIATION

6. Prior to the institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practice alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. From at least June, 1999 through at least June, 2001, ISD 196 engaged in unlawful employment practices in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a), by entering into collective bargaining agreements which provided a cash early retirement incentive to employees which was reduced because of the employee's age. Specifically:

a. On June 8, 2001, Evelyn Schroeder retired from her employment with ISD 196. She received a cash early retirement benefit which was reduced by 20% because of her age, 61.

b. On June 8, 2001, Lucille Hessel retired from her employment with ISD 196. She received a cash early retirement benefit which was reduced by 80% because of her age, 64

c. On June 8, 2001, Richard LaBree retired from his employment with ISD 196. He received a cash early retirement benefit which was reduced by 20% because of his age, 61.

d. On June 8, 2001, Alice Evenson retired from her employment with ISD 196. She received a cash early retirement benefit which was reduced by 20% because of her age, 61.

e. In June, 2000, Barbara Horsager retired from her employment with ISD 196. She received a cash early retirement benefit which was reduced by 80% because of her age, 64.

f. In June, 2000, Bruce Duncan retired from his employment with ISD 196. He

received a cash early retirement benefit which was reduced by 20% because of his age, 61.

g. On June 11, 1999, June Myller retired from her employment with ISD 196. She received a cash early retirement benefit which was reduced by 60% because of her age, 63.

h. On June 15, 1999, Patrick Sullivan retired from her employment with ISD 196. He received a cash early retirement benefit which was reduced by 20% because of his age, 61.

i. On June 30, 1999, Gary Embretson retired from his employment with ISD 196. He received a cash early retirement benefit which was reduced by 40% because of his age, 62.

8. The unlawful employment practices complained of in paragraph 7 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant ISD 196, its appointees, employees, officers, successors, assigns, divisions, and all persons in active concert or participation with them, from engaging in employment practices that discriminate on the basis of age against individuals aged 40 and older.

B. Grant a permanent injunction enjoining Defendant ISD 196 from offering any early retirement incentive program which reduces benefits because of age.

C. Grant a judgment requiring Defendant ISD 196 to pay to Bruce Duncan, Gary Embretson, Alice Evenson, Lucille Hessel, Barbara Horsager, Richard LaBree, June

Myller, Evelyn Schroeder, Patrick Sullivan and other class members the amount of the early retirement incentive benefit to which each would have been entitled prior to the reduction based on his or her age, plus an equal sum as liquidated damages.

    D.    Grant such further relief as the Court deems necessary and proper in the public interest.

    E.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Dated _____

                            EQUAL EMPLOYMENT OPPORTUNITY
                            COMMISSION

                            Eric S. Dreiband
                            General Counsel

                            James L. Lee
                            Deputy General Counsel

                            Gwendolyn Young Reams
                            Associate General Counsel
                            1801 L Street NW
                            Washington, D.C. 20507

                            _/s/ Jean P. Kamp_
                            Jean P. Kamp
                            Regional Attorney

                            EQUAL EMPLOYMENT OPPORTUNITY
                            COMMISSION
                            Milwaukee District Office
                            310 West Wisconsin Ave., Suite 800
                            Milwaukee, WI 53203
                            (414) 297-1860